UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Charles Teryek

        v.                                                Case No. 05-cv-404-PB

Carroll County House of Corrections, Superintendent

O R D E R

The petition is dismissed without prejudice for failure to comply with the Magistrate Judge's Order dated December 20, 2005.

SO ORDERED.

May 5, 2006                                                /s/ Paul Barbadoro
                                                                   Paul Barbadoro
                                                                   United States District Judge

cc:    Charles Teryek, Pro So